AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>Yousif Amin Mubarak<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 2:21-mj-596 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 12 -13, 2021__ in the county of __Franklin and Fairfield__ in the __Southern__ District of __Ohio and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Transmission of a Threat in Interstate Commerce |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

DAVID D. MCCRACKEN, FBI SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 15, 2021

City and state: Columbus, Ohio

Kimberly A. Jolson
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, David D. McCracken, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since September 2008. I am currently assigned to the Cincinnati Division Columbus Resident Agency as a member of the Joint Terrorism Task Force (JTTF), where I investigate violations of federal law relating to domestic and international terrorism investigations. Since becoming an FBI agent, I have received specialized training as a bomb technician to include improvised explosives and post blast investigations.

2. The facts comprising the basis for this affidavit are personally known by me or have been relayed to me directly and indirectly by others familiar with this investigation including FBI personnel, other law enforcement officers, and a complainant. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only facts that I believe are necessary to establish probable cause for the complaint sought.

3. This affidavit is submitted to show that there is probable cause to believe that YOUSIF AMIN MUBARAK has violated 18 U.S.C. § 875(c) (Transmission of a Threat in Interstate Commerce). Specifically, in September 2021, MUBARAK made several bomb and violent threats to various business, local schools, and local government agencies in and around Franklin and Fairfield counties in Ohio.

### PROBABLE CAUSE

*Case Background*

4. On September 12, 2021 at approximately 5:00p.m., Sunoco, located at 501 West Waterloo St., Canal Winchester, Ohio 43110, received a call from a male that asked the attendant if they had any money in the draw (cash drawer). The Sunoco attendant answered no. The male caller then stated, "he was gonna come rob them" and the attendant hung up. The number received from the call was telephone number 614-726-0809. The Sunoco attendant called the Fairfield County Sheriff's Office and deputies were dispatched to the gas station to take a report.

5. On September 12, 2021, through a datamining platform query, it was discovered that YOUSIF AMIN MUBARAK, date of birth: xx/xx/1995, last known address of Canal Winchester, 43110 was the owner of telephone number 614-726-0809.

6. On September 12, 2021 at approximately 10:00p.m., personnel from the Fairfield County Sheriff's Office, Columbus Police Department, and the FBI JTTF went to MUBARAK's last known address. MUBARAK was not physically there but did taunt the officers on scene through a RING doorbell camera that he still had access to remotely. The female residents at the home stated that MUBARAK has not lived at the residence for at least six months and that they believed he was in Oregon.

7. On September 12, 2021 at approximately 10:20p.m., Fairfield County Sheriff's Office Dispatch, received a call from telephone number 614-726-0809. The caller on the line threatened the dispatcher with "putting two bullets in her head." This conversation lasted for some time and, during that time, another dispatcher was able to acquire a ping and location for MUBARAK (a Safeway Pharmacy in Renton, Washington).

8. During at least the evening of September 12, 2021, the clerk from Sunoco engaged with MUBARAK via text messages on the 614-726-0809 number. At what appears to be a 10:41p.m. timestamp, MUBARAK texted, "Cops just showed up to my house don't hate the player

2

hate the game again". This is consistent with law enforcement visiting MUBARAK's home around 10:00p.m. and taunting them through the RING doorbell camera.

9. During the same text exchange with the Sunoco clerk, MUBARAK sent multiple lewd and graphic text messages indicating his desire to have sex with the Sunoco clerk's wife, daughters and/or mother. MUBARAK also asked at one point, "Do your daughters go to Canal Winchester Schools"? On the following morning of September 13, 2021, at approximately 7:08a.m., a call, using what is suspected to be a spoofed telephone number, was placed to Canal Winchester High School, wherein the caller stated, "you need to get your women and children out of the building. We have a suicide bomber in the building." A second call to Canal Winchester Middle School was placed at approximately 7:13 a.m., also by what law enforcement believes to be a spoofed telephone number, wherein the caller stated, "I have placed several bombs in your building. I would get your women and children out now. Stay alive." Both schools were evacuated then closed for the day as a result of the threats.

10. On September 15, 2021, Fairfield County Sheriff's Office conducted a query for calls related to MUBARAK. The query resulted in a call received on or about May 30, 2021 from a person identifying themself as YOUSIF MUBARAK, telephone number 614-726-0809, wanting to report a complaint.

11. Based upon the foregoing facts and information, there is probable cause to believe that MUBARAK violated 18 U.S.C. § 875(c) (Transmission of a Threat in Interstate Commerce).

Respectfully submitted,

David D. McCracken
Special Agent
Federal Bureau of Investigation

3