# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION



FILED
RICHARD W. NAGEL
CLERK OF COURT
2021 NOV 18 AM 11:48
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**YOUSIF AMIN MUBARAK,**<br><br>Defendant. | CASE NO.<br><br>JUDGE Sargus<br><br>INDICTMENT<br><br>18 U.S.C. § 875(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Transmission of a Threat in Interstate Commerce)

1. On or about September 12, 2021 at approximately 10:00 p.m., members of the Fairfield County Sheriff's Office, Columbus Police Department and the Federal Bureau of Investigation visited the last known residence of **YOUSIF AMIN MUBARAK** in Canal Winchester, Ohio and were observed by **YOUSIF AMIN MUBARAK** through his Ring doorbell camera. **YOUSIF AMIN MUBARAK** taunted officers through his Ring doorbell throughout the interaction.

2. On or about the September 12, 2021 at approximately 10:20 p.m., in the Southern District of Ohio and elsewhere, the defendant, **YOUSIF AMIN MUBARAK**, knowingly and willfully did transmit in interstate commerce from the State of Washington, to Lancaster, Ohio, a telephonic communication to C.S., a Fairfield County Sheriff's Office dispatcher, and the

communication contained a threat to injure C.S., to wit, in part, that "you can die, fucking whore" and "she would get two bullets in the head."

**In violation of Section 875(c) of Title 18 of the United States Code.**

## COUNT 2
### (Transmission of a Threat in Interstate Commerce)

3. From at least September 1, 2021 and continuing until on or about September 21, 2021, **YOUSIF AMIN MUBARAK** placed approximately 87 telephone calls to A. P., a Franklin County Municipal Court Judge, who previously presided over a case involving **YOUSIF AMIN MUBARAK**.

4. On or about September 16, 2021 at approximately 4:12 p.m., **YOUSIF AMIN MUBARAK** placed a telephone call to A.P., in which he stated, in part, "I will find you. I already have a fucking private investigator on your fucking ass, dumb ass whore. So, keep watching for fucking cars that are fucking following you, dumb ass whore."

5. On or about September 16, 2021 at approximately 5:08 p.m., **YOUSIF AMIN MUBARAK** placed a telephone call to A.P., in which he stated, in part, "Listen. Listen to me clearly whore. Alright, I will find fucking find you. You think the Highway Patrol, the Sherriff's are going to do something, the fucking FBI, I will, I do not give a fuck, I will find you, even if that means I die" and "I will find you...And the secretary listening to this voicemail and the FBI whatever who the fuck is listening, the Sheriff's Office, Columbus CPD, I do not give a fuck, I'm not even in fucking in Ohio right now..."

6. On or about September 16, 2021 at approximately 6:42 p.m., in the Southern District of Ohio and elsewhere; the defendant, **YOUSIF AMIN MUBARAK**, knowingly and willfully did transmit in interstate commerce from outside the State of Ohio, to Columbus, Ohio, telephonic communications to A.P., and the communications contained

2

a threat to injure A.P., to wit, in part, that "I will fucking find you," "I will fucking find every fucking daughter, every fucking fucking egg that you fucking had in this fucking world with the fucking sperm, I will fucking find it bitch, I will fucking find it and I will fucking kill you. I will fucking kill you myself, bitch."

In violation of Section 875(c) of Title 18 of the United States Code.

A TRUE BILL

__s/Foreperson_____
**FOREPERSON**

**VIPAL J. PATEL**
**ACTING UNITED STATES ATTORNEY**

*Jessica W. Knight*
**JESSICA W. KNIGHT, (0086615)**
**Assistant United States Attorney**