

# Butler County, Ohio - Persons Currently In Custody

## Search by Last Name
A · B · C · D · E · F · G · H · I · J · K · L · M · N · O · P · Q · R · S · T · U · V · W · X · Y · Z

| In Custody Search | |
|---|---|
| Last Name | MUBARAK |
| First Name | YOUSIF |
| Booking Number | |
| Jail | BUTLER COUNTY JAIL |

[Search] [Back]

| JAIL | BOOKING | NAME | LOCATION | DOB | ARREST DATE | BOOKING DATE |
|---|---|---|---|---|---|---|
| BUTL-JAIL | 199485-001 | MUBARAK, YOUSIF AMIN | BUTLER COUNTY JAIL | 11/5/1995 | 11/10/21 06:34 PM | 11/10/21 06:34 PM |

[Back]



©2001- 2021 **Board of County Commissioners, Montgomery County, Ohio**
Disclaimer | Terms of Use