IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Case No. 2:21-CR-227 |
| | : | |
| YOUSIF AMIN MUBARAK, | : | JUDGE EDMUND A. SARGUS, JR. |
| | : | MAGISTRATE JUDGE DEAVERS |
| Defendant. | : | |
| | : | |

## DEFENSE MOTION TO REINSTATE BOND

Yousif Amin Mubarak, by and through undersigned counsel, hereby moves this Court for an order reinstating his bond conditions pursuant to ECF No. 18. The grounds for this motion are set forth in the attached Memorandum.

Respectfully submitted,

DEBORAH L. WILLIAMS
FEDERAL PUBLIC DEFENDER

/s/ Stacey MacDonald
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Stacey_MacDonald@fd.org

Attorney for Defendant
Yousif Amin Mubarak

## MEMORANDUM IN SUPPORT OF MOTION

On November 18, 2021, the Grand Jury returned an Indictment against Mr. Mubarak charging him with two counts of Transmission of a Threat in Interstate Commerce from September 1, 2021 to September 12, 2021 pursuant to 18 U.S.C. § 875 (c).   Mr. Mubarak was released on conditions of electronic home confinement on November 18, 2021.  *See* ECF No. 20.   However, Mr. Mubarak never left custody.  He was subsequently transferred to Licking County Jail where he bonded out on two misdemeanor offenses and was then transported to Franklin County jail.

On January 10, 2022, defense raised concerns regarding competency and requested an in-custody evaluation.  On January 13, 2022, Judge Edmund A. Sargus, Jr., entered an order for Mr. Mubarak to be transferred to a Bureau of Prisons Medical facility for evaluation and any restorative treatment as deemed necessary.  The parties filed a joint motion to revoke bond conditions in order to facilitate the transportation of Mr. Mubarak to a federal medical facility for evaluation.  *See* ECF No. 44.

 Initially, Mr. Mubarak was not transferred to the Federal Bureau of Prisons for an evaluation due to a local hold with Franklin County Municipal Court.  After Franklin County Municipal Court completed their competency evaluation and finding of competency, they lifted their hold and released Mr. Mubarak on his own recognizance.

Mr. Mubarak arrived at FMC-BOP Lexington on February 22, 2022.   He was

2

evaluated and returned to Butler County Jail as of March 25, 2022. According to Dr. Schamm who completed the competency evaluation, a report will be filed on April 18, 2022. According to Mr. Mubarak's state attorney, Christopher Chinn, the recognizance bond in Franklin County Municipal Court will remain in place releasing Mr. Mubarak from custody and trial in that Court is set for May 2, 2022.

Now that Mr. Mubarak has been returned to Franklin County and the evaluation completed which had been the sole basis for the revocation request, defense request the original bond conditions be reinstated. Specifically, defense request that Mr. Mubarak be released to electronic home confinement with his parents.

WHEREFORE, for the reasons set forth above, defense respectfully request this Court reinstate bond conditions as articulated in the original Order on Conditions of Release in ECF No. 20.

        Respectfully submitted,

        DEBORAH L. WILLIAMS
        FEDERAL PUBLIC DEFENDER

        /s/ Stacey MacDonald
        Stacey MacDonald (WA 35394)
        Assistant Federal Public Defender
        10 West Broad Street, Suite 1020
        Columbus, Ohio 43215-3469
        Telephone: (614) 469-2999
        Facsimile: (614) 469-5999
        Stacey_MacDonald@fd.org

        Attorney for Defendant
        Yousif Amin Mubarak

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that AUSA Jessica Knight is registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                /s/ Stacey MacDonald
                                                Stacey MacDonald (WA 35394)
                                                Assistant Federal Public Defender