# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**        Case No. 2:21-cr-227
                                        JUDGE EDMUND A. SARGUS, JR.

    v.

**YOUSIF AMIN MUBARAK,**

      **Defendant.**

## ORDER

      This matter arises on Defendant Yousif Mubarak's Motion to Disqualify Counsel and Appoint New Counsel. (ECF No. 63.) On August 29, 2022, the Court held a hearing to discuss the matter. (ECF No. 65.) Pursuant to the discussions therein, Mr. Mubarak's motion is **GRANTED**. (ECF No. 63.) The Court thanks Mr. Mubarak's counsel, Stacey MacDonald, for her service in this case, and **DIRECTS** the clerk to appoint Mr. Mubarak new CJA counsel.

      IT IS SO ORDERED.


**8/29/2022**                                          s/Edmund A. Sargus, Jr.
**DATED**                                            **EDMUND A. SARGUS, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**