# CRIMINAL MINUTES

2:21-cr-227
USA v. Yousif Amin Mubarak
(Bond)

## Motion Hearing
### held July 31, 2023 at 12:30 p.m.
### before Judge Edmund A. Sargus, Jr.

For Govt: Jessica Knight and Jen Rausch

For Deft: Robert Cochran

Court Reporter: Crystal Hatchett

Courtroom Deputy: Christin Werner

Motion to Revoke Defendant's Release (ECF No. 115)

The government calls Special Agent Antonio Dechicco (AUSA Jen Rausch).
SA Dechicco testified to government exhibits C1-C7.
Cross examination of SA Dechicco by defense (Bob Cochran).
SA Dechicco testified to the exhibits attached to the government's motion, defendant exhibit 1.
The motion is denied. Order to follow.

The defendant shall turn over his cell phone to pretrial services or the USMS.