# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                    Case No. 2:21-cr-227
                                        JUDGE EDMUND A. SARGUS, JR.

v.

YOUSIF AMIN MUBARAK,

      Defendant.

## ORDER

On July 31, 2023, the Court held a hearing on the Government's Motion to Revoke Defendant's Release. (ECF No. 115.) All parties were represented at the hearing. For the reasons stated on the record, the Government's motion is **DENIED without prejudice**.

      IT IS SO ORDERED.

**8/1/2023**                                        s/Edmund A. Sargus, Jr.
**DATE**                                            **EDMUND A. SARGUS, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**