UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,
    Plaintiff,

v.                                      Case Number 2:21-cr-227
                                            Judge Edmund A. Sargus, Jr.

Yousif Amin Mubarak,
    Defendant.

# Jury Trial Day 1
# Monday, August 28, 2023
# before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Jessica Knight and Jennifer Rausch
For Defendant: Robert Cochran
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

    8:30 a.m. Conference held in courtroom
    9:00 a.m. Prospective jurors sworn in and Voir Dire begins
    11:40 a.m. Jurors selected and sworn in
    11:45 a.m. Jury Instructions given
    12:55 p.m. Opening statements by plaintiff (attorney Jennifer Rausch)
    1:20 p.m. Opening statements by defendant (attorney Robert Cochran)

Lyra Coley called by the government.  (AUSA Jessica Knight)
Ms. Coley testified to exhibits 7.4, 7.5, 7.6, 7.7 and 7.8.
Cross examination of Ms. Coley by the defendant (attorney Robert Cochran).

Judge Andrea Peeples called by the government (AUSA Jennifer Rausch).
Judge Peeples testified to exhibits 7.1, 7.2 and 7.3.
Cross examination of Judge Peeples by the defendant (attorney Robert Cochran).
Judge Peeples testified to exhibit D1.
Redirect examination of Judge Peeples by the government (AUSA Rausch).
Judge Peeples testified to exhibit D1.

Ty Hinton called by the government (AUSA Jessica Knight).
Mr. Hinton testified to exhibit 9.1.

Cross examination of Mr. Hinton by the defendant (attorney Robert Cochran).

Willie Winters called by the government (AUSA Jessica Knight).
Cross examination of Ms. Winters by the defendant (Attorney Robert Cochran).
Redirect examination of Ms. Winters by the government (AUSA Knight).

Randall Breckenridge called by the government (AUSA Jessica Knight).
Mr. Breckenridge testified to exhibits 2 and 8.1.
Cross examination of Mr. Breckenridge by the defendant (attorney Robert Cochran).

      3:40 p.m. Court adjourns until 9:00 a.m., Tuesday, August 29, 2023.