UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,
    Plaintiff,

v.	Case Number 2:21-cr-227
    Judge Edmund A. Sargus, Jr.

Yousif Amin Mubarak,
    Defendant.

# Jury Trial Day 2
# Tuesday, August 29, 2023
# before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Jessica Knight and Jennifer Rausch
For Defendant: Robert Cochran
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

    8:45 a.m. Conference held in courtroom

Brook Sells called by the government (AUSA Jennifer Rausch).
Ms. Sells testified to exhibits 1.2 and 1.1 .
Cross examination of Ms. Sells by the defendant (attorney Robert Cochran).
Ms. Sells testified to exhibit 1.2.

Danielle Figueroa called by the government (AUSA Jessica Knight).
Ms. Figueroa testified to exhibits 3.1, 3.2 and 8.1 (not admitted).
Cross examination of Ms. Figueroa by the defendant (attorney Robert Cochran).
Ms. Figueroa testified to exhibit D26 (not admitted).

Elliott Taylor called by the government (AUSA Jennifer Rausch).
Mr. Taylor testified to exhibit 9.2.
Cross examination of Mr. Taylor by the defendant (attorney Robert Cochran).
Mr. Taylor testified to exhibits D25 (not admitted) and 9.2.
Redirect examination of Mr. Taylor by the government (attorney Rausch).
Mr. Taylor testified to exhibit D25.

Lt. John Warner called by the government (AUSA Jessica Knight).
Lt. Warner testified to exhibit 4.1.
Cross examination of Lt. Warner by the defendant (attorney Robert Cochran).

Crystal Steele called by the government (AUSA Jennifer Rausch).
Ms. Steele testified to exhibits 4.2, 4.5 and 4.4.
Cross examination of Ms. Steele by the defendant (attorney Robert Cochran).

Edouard Munck called virtually by the government (AUSA Jennifer Rausch).
Mr. Munck testified to exhibits 8.1, 8.2 and 8.3.
Cross examination of Mr. Munck by the defendant (attorney Robert Cochran).
Mr. Munck testified to exhibit 8.1.
Redirect examination of Mr. Munch by the government (AUSA Rausch).
Mr. Munck testified to exhibit 8.1.

Tarah Morris called by the government (AUSA Jennifer Rausch).
Ms. Morris testified to 8.3 and 5.
Cross examination of Ms. Morris by the defendant (attorney Robert Cochran).

Tiereny Logan called by the government (AUSA Jennifer Rausch).
Ms. Logan testified to exhibit 6.
Cross examination of Ms. Logan by the defendant (attorney Robert Cochran).

Blaine Grannon called by the government (AUSA Jennifer Rausch).
Mr. Grannon testified to exhibit 11.15, 4.2, 4.6, 4.7, 4.8 and 4.9.
Cross examination of Mr. Grannon by the defendant (attorney Robert Cochran).

  4:30 p.m. Court adjourns until 9:00 a.m., Wednesday, August 30, 2023.