UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,
    Plaintiff,

v.                                                          Case Number 2:21-cr-227
                                                          Judge Edmund A. Sargus, Jr.

Yousif Amin Mubarak,
    Defendant.

# Jury Trial Day 3
# Wednesday, August 30, 2023
# before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Jessica Knight and Jennifer Rausch
For Defendant: Robert Cochran
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner


Special Agent Francisco Rivera called by the government (AUSA Jessica Knight).
SA Rivera testified to exhibits 10.2, 10.3 and 10.1.
Cross examination of SA Rivera by the defendant (attorney Robert Cochran).
Redirect examination of SA Rivera by the government (AUSA Knight).
Recross examination of SA Rivera by the defendant (attorney Cochran).

Special Agent Antonio DeCicco called by the government (AUSA Jessica Knight).
SA DeCicco testified to exhibits 11.11, 10.3, 11.1, 11.4, 11.4.1, 11.4.2, 11.4.6, 11.4.3, 11.4.4, 11.4.7, 9.2, 11.4.5, 11.4.8, 11.5, 11.5.1, 11.5.2, 11.2, 11.3, 8.1, 12.2,  11.7, 11.7.1, 11.8, 11.8.1, 11.9, 11.9.1, 11.10, 11.10.1, 8.1, 11.10.2, 12.3, 12.4, 12.5, 12.6, 12.8, 8.3, 12.7, 11.15, 11.12, 11.12.1 and 12.1.
Cross examination of SA DeCicco by the defendant (attorney Robert Cochran).
SA DeCicco testified to exhibits D7 and D8.

**Government rests its case.**
**Rule 29 Motion for directed verdict of acquittal made by the defendant. Motion Denied.**
**Defendant rests its case**

Charge conference held.

        3:20 p.m. Court adjourns until 9:00 a.m., Thursday, August 31, 2023.