UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,
    Plaintiff,

v.                                                  Case Number 2:21-cr-227
                                                    Judge Edmund A. Sargus, Jr.

Yousif Amin Mubarak,
    Defendant.

# Jury Trial Day 4
# Thursday, August 31, 2023
# before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Jessica Knight and Jennifer Rausch
For Defendant: Robert Cochran
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner


9:15 a.m. Closing argument by the government (AUSA Jennifer Rausch).
10:00 a.m. Closing argument by the defendant (attorney Robert Cochran).
10:15 a.m. Rebuttal by the government (AUSA Jessica Knight).
10:30 a.m. Jury Instructions read to the jury.
11:15 a.m. Jury begins deliberations.

Defendant found guilty on counts 1 through 7 of the superseding indictment.
PSI Ordered.
Defendant to remain on bond.
Defendant shall attend weekly counseling.